**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANGEL MOLINA, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:25-cv-0077 |
| | : | |
| LIEUTENANT GORDON, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 27th day of July, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment, ECF No. 31, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all counts.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_________
JOSEPH F. LEESON, JR.
United States District Judge